Kaveh S. Elihu, Esq., (SBN 268249)
kelihu@ejlglaw.com
Colleen M. Mullen, Esq., (SBN 299059)
cmullen@ejlglaw.com
**EMPLOYEE JUSTICE LEGAL GROUP, PC**
1001 Wilshire Boulevard,
Los Angeles, California 90017
Telephone: (213) 382-2222
Facsimile:  (213) 382-2230

Attorneys for Plaintiffs, Cynthia Ross, individually and as successor in interest to Michael Burgers

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROSS, individually and as successor in interest to MICHAEL BURGERS,<br><br>        Plaintiffs,<br>    v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); FOLSOM STATE PRISON; RALPH DIAZ, in his individual capacity; ESTATE OF ROBERT STEVEN THARRATT; RICK HILL, in his individual capacity; KAREN BROWN, in his individual capacity; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-00785-TLN-AC<br><br>Assigned to:<br>*Hon. Troy L. Nunley; Courtroom 2*<br><br>**ORDER TO PLAINTIFF'S APPLICATION FOR EXTENSION TO SERVE SUMMONS PURSUANT TO FRCP RULES 4(M) AND 16(B)** |

**TO ALL INTERESTE PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered the Moving Papers, documentary evidence, and good cause appearing therefore, the Court hereby Orders:

**1.**    Plaintiffs' application for extension to serve defendants is granted.

**Dated: August 9, 2022**

_____
Troy L. Nunley
United States District Judge