UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA ROSS, individually and as successor in interest to MICHAEL BURGERS, | Case No.: 2:22-cv-00785-TLN-AC |
|---|---|
| Plaintiffs, | Assigned to:<br>*Hon. Troy L. Nunley; Courtroom 2* |
| v. | |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); FOLSOM STATE PRISON; RALPH DIAZ, in his individual capacity; ESTATE OF ROBERT STEVEN THARRATT; RICK HILL, in his individual capacity; KAREN BROWN, in his individual capacity; and DOES 1 through 20, inclusive, | **ORDER GRANTING JOINT STATUS REPORT AND STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

Good Case appearing, the Court **GRANTS** the parties' Joint Status Report and Stipulation to Modify Pre-Trial Scheduling Order as follows:

| Event | Deadline |
|---|---|
| Close of Non-Expert Discovery *See* Fed.R.Civ.P. 37 | August 1, 2025 |
| Parties to provide initial expert disclosure(s) and report(s) *See* Fed.R.Civ.P. 26(a)(2) | September 30, 2025 |

1

**ORDER GRANTING JOINT STATUS REPORT AND STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**

| | |
|---|---|
| Parties to provide rebuttal expert disclosure(s) and report(s) *See* Fed.R.Civ.P. 26(a)(2) | October 30, 2025 |
| Close of expert discovery | December 5, 2025 |
| Deadline to file Joint Notice of Trial Readiness if parties forgo dispositive motions | **January 28, 2026** |
| Deadline to file summary judgment motion *See* Fed.R.Civ.P. 56 | January 28, 2026 |
| Deadline to file Opposition to summary judgment motion | February 18, 2026 |
| Deadline to file Reply to summary judgment motion | March 4, 2026 |
| The Court will set a Final Pretrial Conference and Trial date, if necessary, after a ruling on any dispositive motions, and after it receives the parties' Joint Notice of Trial Readiness | |

**IT IS SO ORDERED.**

DATED: January 15, 2025

_____
Troy L. Nunley
Chief United States District Judge

2
**ORDER GRANTING JOINT STATUS REPORT AND STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**